372 A.2d 416
Commonwealth, Appellant, v. Carey.

Argued December 8, 1976. Robert F. Banks, First Assist-

ant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.